

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-13-00334-CV**

**IN RE ASI AVIATION, LLC**

**Original Proceeding**

**MEMORANDUM OPINION**[1]

We summarily deny the petition for writ of mandamus of relator ASI Aviation, LLC to the extent that it requests mandamus relief for itself. *See* TEX. R. APP. P. 52.8(d).

With respect to ASI's request for mandamus relief from discovery on behalf of Justin Smith, a nonparty, that request is denied because Smith could have sought relief for himself in the trial court and could have been a party to this original proceeding. *See Environmental Procedures, Inc. v. Guidry*, 282 S.W.3d 602, 635 n.54 (Tex. App.—Houston [14th Dist.] 2009, pet. denied) ("A nonparty may seek relief from a trial court regarding discovery sought from the nonparty by parties in a case pending in the trial court."

---

[1] The background of this proceeding is well known to the parties; thus, we do not recite them here in detail. Because the dispositive legal issues are settled in law, we issue this memorandum opinion. TEX. R. APP. P. 47.2(a), 47.4.

(citing TEX. R. CIV. P. 192.6(a)); *In re Shell E & P, Inc.*, 179 S.W.3d 125, 129 (Tex. App.—San Antonio 2005, orig. proceeding) (holding that nonparty had right and standing to object in trial court and granting mandamus relief for nonparty). ASI has not provided any authority that it has standing to seek mandamus relief on Smith's behalf.

We vacate our stay of the September 12, 2013 order on the motion to compel of CPG Leasing, LLC, the real party in interest.[2] CPG Leasing's request for sanctions is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
      (Chief Justice Gray would dismiss the petition because ASI has no standing to seek relief from discovery sought from Smith. A separate opinion will not issue.)
Petition denied
Opinion delivered and filed January 9, 2014
[OT06]

---

[2] CPG filed a motion for reconsideration of our stay order. Given our disposition, the motion for reconsideration is dismissed as moot.